IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACQUELINE RENE BARTOSH,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                             14-cv-688-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) and remanding this case for further proceedings.

/s/                                            9/1/2015
Peter Oppeneer, Clerk of Court                  Date